**William J. GARDNER, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 11279.

United States Court of Appeals
Sixth Circuit.

Oct. 16, 1951.

L. F. Loux, Cleveland, Ohio, for petitioner.

Theron L. Caudle, Charles Oliphant, Rollin H. Transue, Ellis N. Slack, A. F. Prescott, and Richard D. Harrison, all of Washington, D. C., for respondent.

Before HICKS, Chief Judge, and MARTIN and MILLER, Circuit Judges.

PER CURIAM.

This petition for review filed by the taxpayer came on to be heard on the record and on the briefs and oral arguments of the attorneys for the parties;

And it appearing from the opinion of the Tax Court of the United States that its decision adjudging a deficiency in income tax for the year 1945 is correct;

The decision is accordingly ordered to be affirmed. 14 T.C. 1445.

**Hanns Ed. GLEICHMAN, Plaintiff-Appellant, v. J. Howard McGRATH, Attorney General of the United States of America, as Successor to the Alien Property Custodian, Defendant-Appellee.**

No. 23, Docket 22052.

United States Court of Appeals
Second Circuit.

Argued Oct. 10, 1951.

Decided Oct. 24, 1951.

Clarence W. Archibold, New York City, for plaintiff-appellant.

Harold I. Baynton, Asst. Atty. Gen., Irving H. Saypol, U. S. Atty., New York City, James D. Hill, George B. Searls and Irwin A. Seibel, Attorneys, Department of Justice, all of Washington, D. C., for defendant-appellee.

Before AUGUSTUS N. HAND, CHASE and WOODBURY, Circuit Judges.

PER CURIAM.

Affirmed on authority of Cabell v. Clark, 2 Cir., 162 F.2d 153.

**HUNG CHIN CHING, Appellant, v. FOOK HING TONG, Chong Hing Tenn and Kui Hing Tenn, Appellees.**

No. 12784.

United States Court of Appeals
Ninth Circuit.

Oct. 24, 1951.

Shiro Kashiwa, Honolulu, T. H., for appellant.

J. Garner Anthony, Thomas M. Waddoups, Frank D. Padgett, all of Honolulu, T. H. (Robertson, Castle & Anthony, Honolulu, T. H., of counsel), for appellees.

Before STEPHENS and ORR, Circuit Judges, and McCORMICK, District Judge.

PER CURIAM.

The judgment is affirmed. See opinion and Findings of Fact of Supreme Court of Hawaii, filed August 18, 1950, 38 Haw. 616.